■ RAHLA GOLD, Respondent, v. JOSEPHINE R. WILDE, Defendant, and LYMAN STANSKY, Appellant.—

No opinion. Rabin, P. J., Hopkins, Munder, Latham and Shapiro, JJ., concur.